IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ZACHERY THOMAS BRESSMAN                                         PLAINTIFF

v.                                      CASE NO. 2:22-CV-2130

DEPUTY CORPORAL TEANI MEDLIN and
CAPTAIN DUMAS                                                   DEFENDANTS

**ORDER**

The Court has received a report and recommendation (Doc. 14) Chief U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that Defendant's Motion to Dismiss (Doc. 11) be granted and that pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), the Court dismiss this action without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss (Doc. 11) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this November 22, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE